

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00818-CV

SAAD S. SKARYA, Appellant

V.

ESTRELLA ROSA, Appellee

Appeal from the 387th District Court of Fort Bend County.
(Tr. Ct. No. 13-DCV-211578).

Appellant, Saad S. Skarya, has neither established indigence nor paid, or made arrangements to pay, all the required fees.  Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record.   After being notified that this appeal was subject to dismissal, appellant did not adequately respond.  It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that the appellant, Saad S. Skarya, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 12, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.